UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: PEACHTREE TELECOMMUNICATIONS INTERN    § Case No. 18-55207-JWC
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Cathy L. Scarver, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $4,833.00          Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,238.96    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $22,903.23

3) Total gross receipts of $ 34,142.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $34,142.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,426.95 | 23,426.95 | 22,903.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 685,536.00 | 374,534.85 | 374,534.85 | 11,238.96 |
| **TOTAL DISBURSEMENTS** | $685,536.00 | $397,961.80 | $397,961.80 | $34,142.19 |

4) This case was originally filed under Chapter 7 on March 28, 2018. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2021      By: /s/Cathy L. Scarver, Trustee
Trustee, Bar No.: 628455

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PNC Checking Account | 1129-000 | 205.39 |
| Cash Accounts | 1129-000 | 250.00 |
| Insurance Premium Refund | 1229-000 | 2,524.00 |
| Accounts Receivable | 1121-000 | 3,162.80 |
| Preference and other Claims against IMS | 1241-000 | 28,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$34,142.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Cathy L. Scarver, Trustee | 2100-000 | N/A | 4,164.22 | 4,164.22 | 4,000.00 |
| Trustee Expenses - Cathy L. Scarver, Trustee | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - SMALL HERRIN, LLP | 3210-000 | N/A | 18,604.50 | 18,604.50 | 18,245.00 |
| Other - SMALL HERRIN, LLP | 3220-000 | N/A | 26.91 | 26.91 | 26.91 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 18.47 | 18.47 | 18.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.28 | 5.28 | 5.28 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.27 | 5.27 | 5.27 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 9.29 | 9.29 | 9.29 |
| Other - Mechanics Bank | 2600-000 | N/A | 9.09 | 9.09 | 9.09 |
| Other - Mechanics Bank | 2600-000 | N/A | 10.30 | 10.30 | 10.30 |
| Other - Mechanics Bank | 2600-000 | N/A | 9.96 | 9.96 | 9.96 |
| Other - Mechanics Bank | 2600-000 | N/A | 9.30 | 9.30 | 9.30 |
| Other - Mechanics Bank | 2600-000 | N/A | 32.63 | 32.63 | 32.63 |
| Other - Mechanics Bank | 2600-000 | N/A | 54.31 | 54.31 | 54.31 |
| Other - Mechanics Bank | 2600-000 | N/A | 52.42 | 52.42 | 52.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,426.95 | $23,426.95 | $22,903.23 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Travel Related Services Company, | 7100-000 | 2,191.00 | 1,748.21 | 1,748.21 | 52.46 |
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | 389,713.00 | 372,786.64 | 372,786.64 | 11,186.50 |
| NOTFILED | Reg us | 7100-000 | 715.00 | N/A | N/A | 0.00 |
| NOTFILED | James Edward Stewart | 7100-000 | 29,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandra Kay Stewart | 7100-000 | 91,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Southern Pay Phone | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Vonage c/o Diversified Consultants Inc. | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust | 7100-000 | 15,031.00 | N/A | N/A | 0.00 |
| NOTFILED | Hartzog Risoen & Swordsman, LLC | 7100-000 | 2,602.00 | N/A | N/A | 0.00 |
| NOTFILED | Audio Fidelity Communications Corp c/o | 7100-000 | 51,000.00 | N/A | N/A | 0.00 |
| NOTFILED | A-Com Security Co., LLLP | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | AAdvantage Aviator Red Mastercard | 7100-000 | 17,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase INK | 7100-000 | 10,489.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,407.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | David Markus, P.C. | 7100-000 | 1,630.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$685,536.00** | **$374,534.85** | **$374,534.85** | **$11,238.96** |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-55207-JWC  
**Case Name:** PEACHTREE TELECOMMUNICATIONS INTERN

**Trustee:** (300006) Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 03/28/18 (f)  
**§341(a) Meeting Date:** 05/01/18  

**Period Ending:** 10/19/21

**Claims Bar Date:** 09/18/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PNC Checking Account | 250.00 | 199.74 | | 205.39 | FA |
| 2 | Cash Accounts | 250.00 | 250.00 | | 250.00 | FA |
| 3 | Regus office deposit | 199.00 | 199.00 | | 0.00 | FA |
| 4 | Office furniture: 1 desk | 25.00 | 25.00 | | 0.00 | FA |
| 5 | Office fixtures: 1 computer & 1 printer | 400.00 | 400.00 | | 0.00 | FA |
| 6 | Internet domain names and websites:<br>www.peachtreetelecom.com | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Goodwill | 4,209.00 | 0.00 | | 0.00 | FA |
| 8 | Insurance Premium Refund (u) | 0.00 | 2,524.00 | | 2,524.00 | FA |
| 9 | Accounts Receivable (u) | 0.00 | 3,162.80 | | 3,162.80 | FA |
| 10 | Preference and other Claims against IMS (u) | 0.00 | 146,610.00 | | 28,000.00 | FA |
| 11 | Avoidance Claims against Insiders (u) | 0.00 | 50,000.00 | | 0.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$5,333.00** | **$203,370.54** | | **$34,142.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2020       **Current Projected Date Of Final Report (TFR):** March 30, 2021 (Actual)

Printed: 10/19/2021 02:08 PM    V.20.36

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-55207-JWC | | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|---|
| Case Name: | PEACHTREE TELECOMMUNICATIONS INTERN | | Bank Name: | Mechanics Bank |
| | | | Account: | ******3766 - Checking Account |
| Taxpayer ID #: | **-***5813 | | Blanket Bond: | $31,525,000.00  (per case limit) |
| Period Ending: | 10/19/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/19 | {8} | The Cincinnati Insurance Company | Refund from cancellation of insurance. | 1229-000 | 2,524.00 | | 2,524.00 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,519.00 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,514.00 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,509.00 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,504.00 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,499.00 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,494.00 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,489.00 |
| 08/15/19 | {1} | PNC Bank | Funds in bank account | 1129-000 | 205.39 | | 2,694.39 |
| 08/15/19 | {9} | Roadside Specialties, LLC | Accounts Receivable | 1121-000 | 1,437.16 | | 4,131.55 |
| 08/15/19 | {9} | Rocal, Inc. | Accounts Receivable | 1221-000 | 1,725.64 | | 5,857.19 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,852.19 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,847.19 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.28 | 5,841.91 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,836.91 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.27 | 5,831.64 |
| 01/16/20 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #18-55207, 2020 Blanket Bond Premium Voided on 01/16/20 | 2300-000 | | 2.27 | 5,829.37 |
| 01/16/20 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #18-55207, 2020 Blanket Bond Premium Voided: check issued on 01/16/20 | 2300-000 | | -2.27 | 5,831.64 |
| 01/16/20 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #18-55207, 2020 Blanket Bond Premium Payment | 2300-000 | | 3.11 | 5,828.53 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,823.53 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,818.53 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,813.53 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.29 | 5,804.24 |
| 05/18/20 | {2} | Ms. S. Kay Stewart | MO #26137680570; US Postal Money Order; Turnover of Cash | 1129-000 | 250.00 | | 6,054.24 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.09 | 6,045.15 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.30 | 6,034.85 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.96 | 6,024.89 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.30 | 6,015.59 |

Subtotals :  $6,142.19    $126.60

{} Asset reference(s)

Printed: 10/19/2021 02:08 PM    V.20.36

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 18-55207-JWC | | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|---|
| Case Name: | PEACHTREE TELECOMMUNICATIONS INTERN | | Bank Name: | Mechanics Bank |
| | | | Account: | ******3766 - Checking Account |
| Taxpayer ID #: | **-***5813 | | Blanket Bond: | $31,525,000.00  (per case limit) |
| Period Ending: | 10/19/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/12/20 | {10} | Innovative Mobile Solutions, LLC | Settlement Proceeds regarding Adv Proceeding #19-05347-JWC, per order entered 7/17/20, Doc. No. 31 | 1241-000 | 28,000.00 | | 34,015.59 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 32.63 | 33,982.96 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 54.31 | 33,928.65 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 52.42 | 33,876.23 |
| 12/03/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 33,876.23 | 0.00 |
| | | | ACCOUNT TOTALS | | 34,142.19 | 34,142.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 33,876.23 | |
| | | | Subtotal | | 34,142.19 | 265.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $34,142.19 | $265.96 | |

{} Asset reference(s)

Printed: 10/19/2021 02:08 PM    V.20.36

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 18-55207-JWC
**Case Name:** PEACHTREE TELECOMMUNICATIONS INTERN

**Taxpayer ID #:** **-***5813
**Period Ending:** 10/19/21

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******1409 - Checking Account
**Blanket Bond:** $31,525,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 33,876.23 | | 33,876.23 |
| 01/19/21 | 10103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2021 FOR CASE #18-55207 | 2300-000 | | 15.36 | 33,860.87 |
| 06/24/21 | 10104 | Cathy L. Scarver | Dividend paid 100.00% on $4,000.00, Trustee Compensation;  per order entered 6/24/21, Doc. No. 38. | 2100-000 | | 4,000.00 | 29,860.87 |
| 06/24/21 | 10105 | SMALL HERRIN, LLP | Dividend paid 100.00% on $18,604.50, Attorney for Trustee Fees (Other Firm);  per order entered 6/24/21, Doc. No. 38. | 3210-000 | | 18,245.00 | 11,615.87 |
| 06/24/21 | 10106 | SMALL HERRIN, LLP | Dividend paid 100.00% on $26.91, Attorney for Trustee Expenses (Other Firm);  per order entered 6/24/21, Doc. No. 38. | 3220-000 | | 26.91 | 11,588.96 |
| 06/24/21 | 10107 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); per order entered 3/30/21, Doc. No. 384 | 2700-000 | | 350.00 | 11,238.96 |
| 06/24/21 | 10108 | American Express Travel Related Services Company, | Dividend paid   3.00% on $1,748.21; Claim# 1; Filed: $1,748.21; Reference: ; Per Trustee's Amended Dividend Distribution Report filed 5/1721, Doc. No. 36 | 7100-000 | | 52.46 | 11,186.50 |
| 06/24/21 | 10109 | JPMorgan Chase Bank, N.A. | Dividend paid   3.00% on $372,786.64; Claim# 2; Filed: $372,786.64; Reference: ; Per Trustee's Amended Dividend Distribution Report filed 5/1721, Doc. No. 36 | 7100-000 | | 11,186.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 33,876.23 | 33,876.23 | $0.00 |
| | | | Less: Bank Transfers | | 33,876.23 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 33,876.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$33,876.23** | |

{} Asset reference(s)

Printed: 10/19/2021 02:08 PM        V.20.36

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-55207-JWC | **Trustee:** Cathy L. Scarver, Trustee (300006) |
| **Case Name:** PEACHTREE TELECOMMUNICATIONS INTERN | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******1409 - Checking Account |
| **Taxpayer ID #:** **-***5813 | **Blanket Bond:** $31,525,000.00  (per case limit) |
| **Period Ending:** 10/19/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 34,142.19 | | | | |
| | | Net Estate : | $34,142.19 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3766** | 34,142.19 | 265.96 | 0.00 |
| **Checking # ******1409** | 0.00 | 33,876.23 | 0.00 |
| | $34,142.19 | $34,142.19 | $0.00 |

{} Asset reference(s)

Printed: 10/19/2021 02:08 PM    V.20.36